JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVERICK BANKCARD, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASSETS BEFORE SPLURGING, LLC, CHRIS COLE, and TAYLER JACOBS, <br><br> Defendants. | Case No. 2:21-cv-09855-SSS-MARx <br><br> **FINAL JUDGMENT GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [Dkt. 59]** |

# JUDGMENT

Pursuant to the orders granting (1) Maverick's motion for default judgment against Chris Cole and Assets Before Splurging, LLC and (2) Maverick's motion for summary judgment against Tayler Jacobs, **IT IS HEREBY ORDERED THAT**:

1. Judgment is **ENTERED** against Assets Before Splurging, LLC; Chris Cole; and Tayler Jacobs, jointly and severally;
2. Maverick is awarded $587,620.20 in compensatory damages pursuant to the Agreement;
3. Maverick is awarded $56,040.00 in reasonable attorney's fees;
4. Maverick is awarded $1,934.65 in litigation costs in addition to the fee award; *and*
5. Maverick is awarded $80,269.06 in prejudgment interest.

**IT IS SO ORDERED.**

Dated: August 8, 2023

SUNSHINE S. SYKES
United States District Judge